**\*E-FILED 09-27-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL J. PATITO, | No. C10-04332 HRL |
| Plaintiff, | |
| v. | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |
| CENTRAL MORTGAGE COMPANY, | |
| Defendant. | |

On September 24, 2010, plaintiff filed a Petition for Preliminary Injunction. (Docket No. 2). The action was randomly assigned to a magistrate judge for all purposes. Because plaintiff has requested immediate injunctive relief but none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, this court ORDERS the Clerk of the Court promptly to reassign this case to a district court judge. *See* 28 U.S.C. § 636.

SO ORDERED.

Dated: September 27, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-04332-HRL Notice mailed to:

Cheryl J Patito
1425 Little Orchard Street
San Jose, CA 95110

      Pro Se Plaintiff